Anderson v. Rehmer

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand seventeen.

PRESENT:
> JON O. NEWMAN,
> PIERRE N. LEVAL,
> ROSEMARY S. POOLER,
> *Circuit Judges.*

–––––––––––––––––––––––––––––––––––––––––––

Francis Anderson,

*Plaintiff-Appellant*,

v.                                                                                          16-2322

Patricia Rehmer, Suing in her official capacity, Helene Vartelas, Suing in her official capacity, Scott Semple, Suing in his official capacity, Anne Cournoyer, Suing in her official capacity,

*Defendants-Appellees*.

–––––––––––––––––––––––––––––––––––––––––––

FOR PLAINTIFF-APPELLANT:                  Francis Anderson,
                                                                  pro se, Newtown, CT.

**FOR DEFENDANTS-APPELLEES:**          Jacqueline S. Hoell, Stephen R. Strom, Assistant Attorneys General, *for* George Jepsen, Attorney General of the State of Connecticut, Hartford, CT.

Appeal from a judgment of the United States District Court for the District of Connecticut (Bolden, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Francis Anderson is currently serving a sentence in a Connecticut prison. He has previously been confined in a Connecticut psychiatric facility and has filed numerous lawsuits. Proceeding pro se, Anderson appeals the district court's judgment dismissing his 42 U.S.C. § 1983 complaint because the district court concluded that the only relief sought, a preliminary injunction (sought in the complaint and in a series of motions), had previously been denied. An appeal from the denial of those motions was affirmed. *See Anderson v. Rehmer*, No. 15-3569 (2d Cir. Dec. 23, 2015). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *sua sponte* dismissals *de novo*. *See Giano v. Goord*, 250 F.3d 146, 149-50 (2d Cir. 2001).

Anderson's transfer to a new facility prevents him from seeking either injunctive or declaratory relief against officials of his prior facility. *See Shepherd v. Goord*, 662 F.3d 603, 610 (2d Cir. 2011).

Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2